IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DORIS A. DAVIS-ALLEN                                                                         PLAINTIFF

v.                                          No. 4:06CV01562 GH

JOHN DOE, AN OFFICER IN THE NEWPORT
MCPHERSON WOMEN'S UNIT, ARKANSAS
DEPARTMENT OF CORRECTION, IN HIS
INDIVIDUAL CAPACITY                                                                          DEFENDANT

## ORDER

By order filed on October 30th, Magistrate Judge Young denied plaintiff's motion for appointment of counsel and advised her that a renewed motion should be accompanied by evidence that she has contacted at least three attorneys in an effort to secure representation.

On November 21st, plaintiff filed a pleading providing the names of three attorneys. The Court is construing the November 21st pleading (#8) as a renewed motion for appointment of counsel which is hereby referred to Magistrate Judge Young for disposition.

IT IS SO ORDERED this 28th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE